ERASTUS CORNING, JAMES LUDLUM and THE POMPTON STEEL AND IRON COMPANY, appellants,

*v.*

ANDREW KIRKPATRICK, receiver, respondent.

On appeal from a decree advised by *Washington B. Williams, Advisory Master.* See *Kirkpatrick* v. *Corning, supra.*

Mr. *Thomas N. McCarter,* for the appellants

Mr. *Frederic W. Stevens,* for the respondent.

PER CURIAM.

Decree affirmed.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, KNAPP, MAGIE, SCUDDER, VAN SYCKEL, BROWN, WHITAKER—8.

*For reversal*—DIXON, CLEMENT, SMITH—3.